# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| DANNY LAMAR HAYNES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CARRIE BICKERSTAFF, *et al*., ) <br> ) <br> Defendants. ) | Case No.: 1:13-cv-02071-MHH-JHE |

## MEMORANDUM OF OPINION

On June 9, 2014, the magistrate judge filed a report in which he recommended that the Court dismiss this action without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief can be granted. Although Mr. Haynes was advised of his right to file specific written objections within fifteen days, he has not responded to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including Mr. Haynes's complaint and the magistrate judge's report and recommendation, the Court ACCEPTS the recommendation and ADOPTS the report of the magistrate judge. Therefore, consistent with 28 U.S.C. § 1915A(b)(1), this action will be dismissed without prejudice for failing to state a claim upon which relief can be granted. By separate order, the Court will issue a final judgment in this case.

**DONE** and **ORDERED** this 4th day of August, 2014.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE